# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 26-71-1-GBW |
| | ) | |
| LUQMAAN KHAN, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR ENTRY OF
## PROTECTIVE ORDER GOVERNING DISCOVERY

Pursuant to Fed. R. Crim. P. 16(d), the United States of America moves for the entry of an unopposed protective order, and in support thereof states as follows:

1.     On April 16, 2026, a federal grand jury in the District of Delaware returned a one-count indictment charging the defendant with possession of a machinegun, in violation of 18 U.S.C. § 922(o) and 924(a)(2).

2.     The discovery to be provided by the government in this case includes certain material, the unrestricted dissemination of which could adversely affect law enforcement interests and the personal privacy interests and/or safety of victims or third parties.  Specifically, this material consists of records containing personally identifiable information of third parties, including names, dates of birth, addresses, email addresses, and phone numbers (collectively, the "Sensitive Information").  The Sensitive Information also includes photographic or video depictions of third parties. The government wishes to prevent the Sensitive Information from becoming publicly disseminated.

3.     The government has discussed the proposed protective order with Conor Wilson, Esq., counsel for Luqmaan Khan, who indicated that the defense does not oppose the entry of the proposed order.  However, defense counsel has requested, and the government concurs, that defense counsel has the right to revisit this issue with the Court if defense counsel believes it is in the best interest of her client.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

Respectfully Submitted,

Benjamin L. Wallace
United States Attorney


By:   */s/ Kevin P. Pierce*
      Kevin P. Pierce
      Assistant United States Attorney


Dated: April 22, 2026